IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

PAUL ANDERS,

       Petitioner,

v.                                       Civil Action No. 5:07CV106
                                                (STAMP)

WAYNE PHILLIPS,

       Respondent.

**MEMORANDUM OPINION AND ORDER
AFFIRMING AND ADOPTING REPORT AND
RECOMMENDATION OF MAGISTRATE JUDGE**

On August 20, 2007, the petitioner filed an application for habeas corpus pursuant to 28 U.S.C. § 2241, seeking an order directing the Bureau of Prisons ("BOP") to transfer him to a Community Corrections Center ("CCC") for the last six months of his term of imprisonment. The petition was referred to United States Magistrate Judge John S. Kaull for an initial review and submission of proposed findings of fact and recommendation pursuant to Local Rule of Prisoner Litigation Procedure 83.09.

Following an order directing the respondent to show cause, the respondent filed a response to the order to show cause and a motion to dismiss. The respondent also filed a supplemental response to the petitioner's application for habeas corpus. The petitioner did not reply. Upon review of the petition, responses and motion to dismiss, the magistrate judge issued a report and recommendation recommending that petitioner's § 2241 petition be dismissed as moot. The magistrate judge informed the parties that if they

objected to any portion of the report, they must file written objections within ten days after being served with copies of the report.  To date, no objections have been filed.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court must conduct a <u>de novo</u> review of any portion of the magistrate judge's recommendation to which objection is timely made.  As to those portions of a recommendation to which no objection is made, a magistrate judge's findings and recommendation will be upheld unless they are "clearly erroneous."  <u>See</u> <u>Webb v. Califano</u>, 468 F. Supp. 825 (E.D. Cal. 1979).  Thus, the report and recommendation of the magistrate judge in this case will be reviewed for clear error.

Because, during the pendency of this case, the petitioner has been released from BOP custody, the magistrate judge found that the petitioner's § 2241 petition should be dismissed as moot.  This Court finds no clear error in the recommendation of the magistrate judge.  The relief that the petitioner requests in his § 2241 petition is no longer available.

Accordingly, this Court hereby AFFIRMS and ADOPTS the magistrate judge's report and recommendation in its entirety. The petitioner's § 2241 petition is DISMISSED AS MOOT, the respondent's motion to dismiss is GRANTED and the respondent's motion to seal unredacted document is GRANTED.  It is ORDERED that this case be DISMISSED and STRICKEN from the active docket of this Court. Under <u>Wright v. Collins</u>, 766 F.2d 841, 845 (4th Cir. 1985), the

petitioner's failure to object to the magistrate judge's proposed findings and recommendation bars the petitioner from appealing the judgment of this Court.

IT IS SO ORDERED.

The Clerk is DIRECTED to transmit a copy of this memorandum opinion and order to the petitioner and to counsel of record herein. Pursuant to Federal Rule of Civil Procedure 58, the Clerk is DIRECTED to enter judgment on this matter.

DATED: April 3, 2008

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE